James E. Cecchi
**CARELLA, BYRNE, CECCHI,**
**OLSTEIN, BRODY & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, New Jersey 07068
Telephone: (973) 994-1700
Facsimile: (973) 994-1744
jcecchi@carellabyrne.com

*Liaison Counsel for the Proposed Class*

[Additional Counsel Appear on Signature Page]

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE PTC THERAPEUTICS, INC. SECURITIES LITIGATION | Civil Action No. 16-1224 (KM)(MAH)<br><br>**NOTICE OF UNOPPOSED MOTION** |

**TO:** ALL COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that on such day and time as the Court shall determine, Lead Plaintiffs Boston Retirement System, Si Nguyen, Hong-Luu Nguyen, John Nguyen, and the Si Tan Nguyen Trust (“Lead Plaintiffs”), on behalf of themselves, additional plaintiff Retail Wholesale Department Store Union Local 338 Retirement Fund, and the proposed settlement class, shall move before Hon. Kevin McNulty, U.S.D.J., at the Martin Luther King Building & United States Courthouse, 50 Walnut Street, Newark, New Jersey, for an Order, pursuant to Rule 23(e) of the Federal Rules of Civil Procedure that, among other things: (i) preliminarily approves

a settlement of this class action; (ii) preliminarily certifies a class for settlement purposes; (iii) approves the form and manner of notice of the proposed settlement to the members of the settlement class; (iv) appoints a claims administrator; and (v) grants such other and further relief as the Courts deems just and proper.

Defendants do not oppose the instant motion.

The undersigned shall rely upon the annexed Brief and the Declaration of James W. Johnson, dated March 2, 2018, and the exhibits attached thereto, including the Stipulation and Agreement of Settlement, dated as of March 1, 2018, with exhibits attached thereto.

A proposed Order Granting Preliminary Approval of Class Action Settlement, Approving Form and Manner of Notice, and Setting Date for Hearing on Final Approval of Settlement, with annexed exhibits, which was negotiated by the Parties, is also submitted herewith.

Dated: March 2, 2018

Respectfully submitted,

**CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.**

By: /s/ *James E. Cecchi*
James E. Cecchi
5 Becker Farm Road
Roseland, New Jersey 07068
Telephone: (973) 994-1700
Facsimile: (973) 994-1744
jcecchi@carellabyrne.com

*Liaison Counsel for the Proposed Class*

**LABATON SUCHAROW LLP**
James W. Johnson
Michael H. Rogers
James T. Christie
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700

Facsimile: (212) 818-0477
jjohnson@labaton.com
mrogers@labaton.com
jchristie@labaton.com

*Counsel for Boston Retirement System and Co-Lead Counsel for the Proposed Class*

**LEVI & KORSINSKY LLP**
Eduard Korsinsky
235 Main Street
Hackensack, New Jersey 07601
Telephone: (973) 265-1600
Facsimile (212) 363-7171

-and-

Nicholas I. Porritt
Adam M. Apton
1101 30th Street N.W., Suite 115
Washington, D.C. 20007
Telephone: (202) 524-4290
Facsimile: (202) 333-2121
nporritt@zlk.com
aapton@zlk.com

*Counsel for the Nguyen Family and Co-Lead Counsel for the Proposed Class*

**KIRBY MCINERNEY LLP**
Ira M. Press
Thomas W. Elrod
825 Third Avenue, Floor 16
New York, New York 10022
Telephone: (212) 371-6600
Facsimile: (212) 751-2540
telrod@kmllp.com
ipress@kmllp.com

*Counsel for Additional Plaintiff Local 338*