James E. Cecchi
**CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, New Jersey 07068
(973) 994-1700

*Liaison Counsel for the Proposed Settlement Class*

[Additional Counsel Appear on Signature Page]

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE PTC THERAPEUTICS, INC. SECURITIES LITIGATION | Civil Action No. 16-1224 (KM)(MAH)<br><br>**NOTICE OF MOTION** |

TO:     ALL COUNSEL OF RECORD

PLEASE TAKE NOTICE that on September 7, 2018 at 10:00 a.m., or as soon thereafter as counsel may be heard, Lead Plaintiffs Boston Retirement System and Si Nguyen, Hong-Luu Nguyen, John Nguyen, and the Si Tan Nguyen Trust (collectively, "Lead Plaintiffs"), on behalf of themselves and additional plaintiff Retail Wholesale Department Store Union Local 338 Retirement Fund, and the Settlement Class, will move this Court, before the Honorable Kevin McNulty, at the United States Post Office and Courthouse Building Newark, New Jersey, for Orders (i) granting final approval of the proposed Settlement and certifying the Settlement Class for settlement purposes only; (ii) and approving the proposed Plan of Allocation for the proceeds of the Settlement.

Lead Plaintiffs intend to rely upon the annexed Brief in Support of Lead Plaintiffs' Motion for Final Approval of Class Action Settlement and Approval of Plan of Allocation, and Joint Declaration of James W. Johnson and Nicholas I. Porritt in Support of (I) Lead Plaintiffs' Motion for Final Approval of Class Action Settlement and Plan of Allocation and (II) Co-Lead Counsel's Motion for an Award of Attorneys' Fees and Payment of Litigation Expenses, with annexed Exhibits.

Proposed Orders granting the requested relief will be submitted with Lead Plaintiffs' reply papers after the deadlines for objecting to the Settlement and Plan of Allocation have passed.

Dated: August 3, 2018

Respectfully submitted,

**CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.**

By: */s/ James E. Cecchi*
James E. Cecchi
5 Becker Farm Road Roseland,
New Jersey 07068
Telephone: (973) 994-1700
Facsimile: (973) 994-1744
jcecchi@carellabyrne.com

*Liaison Counsel for the Proposed Settlement Class*

**LABATON SUCHAROW LLP**
James W. Johnson
Michael H. Rogers
James T. Christie
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
jjohnson@labaton.com
mrogers@labaton.com
jchristie@labaton.com

*Counsel for Boston Retirement System and Co-Lead Counsel for the Proposed Settlement Class*

**LEVI & KORSINSKY LLP**
Eduard Korsinsky
235 Main Street
Hackensack, New Jersey 07601
Telephone: (973) 265-1600
Facsimile (212) 363-7171

-and-

Nicholas I. Porritt
Adam M. Apton
1101 30th Street N.W., Suite 115
Washington, D.C. 20007
Telephone: (202) 524-4290
Facsimile: (202) 333-2121 nporritt@zlk.com
aapton@zlk.com

*Counsel for the Nguyen Family and Co- Lead Counsel for the Proposed Settlement Class*

**KIRBY MCINERNEY LLP**
Ira M. Press
Thomas W. Elrod
825 Third Avenue, Floor 16
New York, New York 10022
Telephone: (212) 371-6600
Facsimile: (212) 751-2540
ipress@kmllp.com
telrod@kmllp.com

*Counsel for Additional Plaintiff Retail Wholesale Department Store Union Local 338 Retirement Fund*